UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TYRONE DWAYNE MILLER, | Case No. 07-CV-1972 (PJS/RLE) |
| Petitioner, | |
| v. | |
| | ORDER |
| STATE OF MINNESOTA; HENNEPIN COUNTY, | |
| Respondents. | |

Tyrone Dwayne Miller, pro se.

This matter is before the Court on the motion of petitioner Tyrone Dwayne Miller for relief from judgment under Rule 60 of the Federal Rules of Civil Procedure. Miller's motion fails to establish any basis for relief.

Accordingly, the Court DENIES Miller's motion for relief from judgment under Rule 60 [Docket No. 10].

Dated: August 6, 2008         s/Patrick J. Schiltz
                              Patrick J. Schiltz
                              United States District Judge